JS-6

1  **VEDDER PRICE (CA), LLP**
2  Thomas H. Petrides (Cal. Bar No. 117121)
   tpetrides@vedderprice.com
3  Gabrielle M. Mercurio (Cal. Bar No. 346468)
4  gmercurio@vedderprice.com
   1925 Century Park East, Suite 1900
5  Los Angeles, CA 90067
6  Tel.: (424) 204-7700
   Fax: (424) 204-7702
7
8  Attorneys for Defendant
   CIRCOR AEROSPACE, INC.
9
10 *[Additional Counsel listed on next page]*
11
                UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| AARON NEWMAN, individually, and on behalf of other similarly situated employees, | Case No. 5:25-cv-00476-KK-DTB |
| | *Assigned to the Honorable Judge Kenly Kiya Kato.* |
| Plaintiff, | |
| vs. | **CLASS ACTION** |
| CIRCOR AEROSPACE, INC.; and DOES 1 through 25, inclusive, | **ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION PURSUANT TO FRCP 41(a)(2)** |
| Defendants. | |

VP/#71906497.2                                  ORDER OF DISMISSAL OF ACTION

| | |
|---|---|
| 1 | **BLACKSTONE LAW, APC** |
| 2 | Barbara DuVan-Clarke (Cal Bar No. 259268) |
|   | BDC@blackstonepc.com |
| 3 | Danielle GruppChang (Cal Bar No. 313881) |
| 4 | dgruppchang@blackstonepc.com |
|   | P.J. Van Ert (Cal Bar No. 234858) |
| 5 | pjvanert@blackstonepc.com |
| 6 | 8383 Wilshire Boulevard, Suite 745 |
|   | Beverly Hills, California 90211 |
| 7 | Telephone: (310) 622-4278 |
| 8 | Fax: (855) 786-6356 |
| 9 | Attorneys for Plaintiff |
| 10 | AARON NEWMAN |

0

VP/#71906497.2

ORDER OF DISMISSAL OF ACTION

## ORDER

Having reviewed and considered the Joint Stipulation to Dismiss Action, submitted by Plaintiff Aaron Newman ("Plaintiff") and Defendant CIRCOR Aerospace, Inc. ("Defendant") (collectively, the "Parties"), and good cause appearing for approval of the same, IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint is dismissed in its entirety as to all parties and causes of action as follows:

    a. Plaintiff's individual claims are dismissed with prejudice.

    b. The claims of the putative class are dismissed without prejudice.

2. The Parties shall each bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 1, 2025

_____
Hon. Kenly Kiya Kato
UNITED STATES DISTRICT
COURT JUDGE